ACCEPTED
15-24-00128-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/4/2025 9:44 AM
CHRISTOPHER A. PRINE
CLERK

**No. 15-24-00128-CV**

**IN THE COURT OF APPEALS
FOR THE FIFTEENTH DISTRICT OF TEXAS
AUSTIN, TEXAS**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

3/4/2025 9:44:41 AM

CHRISTOPHER A. PRINE
Clerk

**HARBOR AMERICA CENTRAL, INC.,**
*Appellant,*

**v.**

**WILLIAM REEVES,**
*Appellee.*

On Appeal from the 55th District Court of Harris County, Texas
Trial Court No. 2017-25574

**SUPPLEMENT TO JOINT MOTION TO VACATE AND REMAND
AND TO EXPEDITE MANDATE PURSUANT TO SETTLEMENT**

TO THE HONORABLE COURT OF APPEALS:

The parties respectfully file this supplement to comply with this Court's letter dated February 26, 2025. A redacted version of the parties' confidential settlement agreement is attached at Tab A. Paragraph F requires the parties to take the necessary steps "to facilitate dismissal of the case at the trial court level."

In accordance with that agreement, the parties move for this Court to set aside the trial court's judgment without regard to the merits, and remand the case to the trial court for rendition of a take-nothing judgment in accordance with the parties' agreement. The parties also request that the Court issue its mandate immediately so the parties may move forward expeditiously with their settlement in the trial court.

Respectfully submitted,

THE GEORGE LAW FIRM PLLC

By: */s/ David George*
     David George
     Texas Bar No. 00793212
440 Louisiana Street, Suite 900
Houston, Texas 77002
Telephone: (713) 857-2280
dgeorge@georgeappeals.com


THE BUZBEE LAW FIRM

Anthony G. Buzbee
Texas Bar No. 24001820
tbuzbee@txattorneys.com
Chris J. Leavitt
State Bar No. 24053318
cleavitt@txattorneys.com
Lionel Sims III
Texas Bar No. 24107465
lsims@txattorneys.com
J.P. Morgan Chase Tower
600 Travis, Suite 7500
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909
www.txattorneys.com

ATTORNEYS FOR APPELLEE,
WILLIAM REEVES

BECK REDDEN LLP

By: */s/ Joshua S. Smith*
     Joshua S. Smith
     State Bar No. 24093173
     jsmith@beckredden.com
     Russell S. Post
     State Bar No. 00797258
     rpost@beckredden.com
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700

ATTORNEYS FOR APPELLANT,
HARBOR AMERICA CENTRAL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2025 a true and correct copy of the foregoing supplement has been electronically filed and served on all counsel.


/s/ Joshua S. Smith
Joshua S. Smith

# Tab A

# CONFIDENTIAL RELEASE AND SETTLEMENT AGREEMENT

This Confidential Release and Settlement Agreement ("Agreement") is made and entered into by and between William Reeves ("Reeves") and Harbor America Central, Inc. ("Harbor"). Reeves and Harbor are collectively referred to herein as the "Parties." The term "Harbor" as used in this Settlement Agreement, includes Harbor America Central, Inc.'s past, present, and future parents, subsidiaries or affiliates, and their respective predecessors, successors, assigns, representatives, officers, directors, agents or employees.

WHEREAS Reeves filed a Complaint in the District Court of Harris County, Texas (55th Judicial District), Cause No. 2017-25574 (the "Litigation"). At trial, a jury entered a verdict that was ultimately reduced to Judgment.

WHEREAS Harbor denies any liability for any claims asserted or for any wrongdoing in connection with Reeves employment by or separation from Harbor or any allegations in the Litigation, and timely filed a Notice of Appeal to overturn the Judgment; and

WHEREAS Reeves and Harbor desire to resolve the alleged claims and any possible claims by Reeves against Harbor or its affiliates, known and unknown, in accordance with the terms and conditions set forth in this Agreement;

NOW THEREFORE, for and in consideration of the general release, covenants and undertakings hereinafter set forth, and for other good and valuable consideration, which the parties hereby acknowledge, it is agreed as follows:

## I. TERMS OF AGREEMENT



Docusign Envelope ID: 9FFA01E7-753E-466E-BE18-410EF5BB7C44



21.0001, *et seq.*)



Docusign Envelope ID: 9FFA01E7-753E-466E-BE18-410EF5BB7C44



F. **Stipulation to Dismiss with Prejudice.** Upon execution of the Agreement, the Parties agree to take those steps procedurally necessary to terminate the Litigation with prejudice, including providing timely notice to the Court of the Parties' intent to dismiss the case with

Docusign Envelope ID: 9FFA01E7-753E-466E-BE18-410EF5BB7C44

prejudice, and to take any steps necessary with the Court of Appeals in order to facilitate dismissal of the case at the trial court level.







[SIGNATURES ON THE FOLLOWING PAGE]

Docusign Envelope ID: 9FFA01E7-753E-466E-BE18-410EF5BB7C44

DocuSigned by:

*William Reeves*
DE38FD1073CA457...

2/9/2025

William Reeves                       Date

HARBOR AMERICA CENTRAL, INC

DocuSigned by:

*Alex Campos*
428367C499B64FE...

2/10/2025

Authorized Signature             Date

By:

Its:

20866276

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jesse Crochet on behalf of Joshua Smith
Bar No. 24093173
jcrochet@beckredden.com
Envelope ID: 98026027
Filing Code Description: Motion
Filing Description: Supplement to Joint Motion to Vacate and Remand and to Expedite Mandate Pursuant to Settlement
Status as of 3/4/2025 9:52 AM CST

Associated Case Party: Harbor America Central, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Russell S.Post | | rpost@beckredden.com | 3/4/2025 9:44:41 AM | SENT |
| Joshua S.Smith | | jsmith@beckredden.com | 3/4/2025 9:44:41 AM | SENT |

Associated Case Party: William Reeves

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ryan Pigg | 24088227 | rpigg@txattorneys.com | 3/4/2025 9:44:41 AM | SENT |
| Thomas Holler | 24126898 | choller@txattorneys.com | 3/4/2025 9:44:41 AM | SENT |
| William DavidGeorge | | dgeorge@georgeappeals.com | 3/4/2025 9:44:41 AM | SENT |
| Lionel Sims | 24107465 | lsims@txattorneys.com | 3/4/2025 9:44:41 AM | SENT |
| Anthony G.Buzbee | | tbuzbee@txattorneys.com | 3/4/2025 9:44:41 AM | SENT |
| Chris J.leavitt | | cleavitt@txattorneys.com | 3/4/2025 9:44:41 AM | SENT |
| Anthony Buzbee | 24001820 | ledelacruz@txattorneys.com | 3/4/2025 9:44:41 AM | ERROR |